new street, Rockaway Beach, between Bayview avenue and Eldert avenue. No opinion. Motion granted, without costs. Settle order before Mr. Justice Jenks.

NEWTON, Appellant, v. SHEFFER et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Albert H. Newton against Cornelius R. Sheffer and others. No opinion. Judgment and order unanimously affirmed, with costs.

In re NEW YORK, W. & B. RY. CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) In the matter of the New York, Westchester & Boston Railway Company. No opinion. Order affirmed, with costs. Order filed.

NOEL, Appellant, v. FAIRVALE LAND CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Pierre Noel against the Fairvale Land Company and another. No opinion. Judgment affirmed, with costs.

NORWOOD v. G. & W. MFG. CO. (Supreme Court, Appellate Term. May 15, 1908.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Edmund H. Norwood against the G. & W. Manufacturing Company. Judgment for plaintiff, and defendant appeals. Reversed, and new trial granted. Waldo & Ball, for appellant. Samuel Bitterman, for respondent.
PER CURIAM. As the method by which the court below arrived at the amount of the judgment given in plaintiff's favor seems to be involved in much obscurity, since it is impossible with any degree of certainty to determine from the evidence what items were allowed and what disallowed, we think the interests of justice require a new trial. Judgment reversed, and new trial granted, with costs in the court below to abide the event, but without costs of appeal to either party.

O'BEIRNE et al., Respondents, v. GILDERSLEEVE et al., Appellants. (Supreme Court, Appellate Division. Second Department. April 24, 1908.) Action by Patrick J. O'Beirne and another against Sarah Gildersleeve and another. No opinion. Judgment affirmed, with costs. See 116 App. Div. 902, 102 N. Y. Supp. 391.

O'CONNOR, Appellant, v. F. WESEL MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Charles O'Connor against the F. Wesel Manufacturing Company. No opinion. Judgment affirmed, with costs.

OLSEN, Respondent, v. FORTY-SECOND ST., M. & ST. N. A. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by William Olsen, an infant, against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railroad Company. C. F. Brown, for appellant. D. R. Almy, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of all the credible evidence in the case. Order filed.

OSTRANDER v. STATE. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Jay M. Ostrander against the state of New York. No opinion. Judgment unanimously affirmed, without costs.

PARDEE, Respondent, v. DOUGLAS et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by John J. Pardee against H. Howard Douglas and others. No opinion. Motion denied, without costs.

PARDEE, Respondent, v. DOUGLAS et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by John J. Pardee against H. Howard Douglas and others. For former opinion, see 122 App. Div. 395, 106 N. Y. Supp. 775.
PER CURIAM. Motion for reargument denied, with $10 costs.

PARKER, Appellant, v. WEBB et al., Respondents. (Supreme Court, Appellate Division, First Department. April 24, 1908.) In the matter of Charles F. Parker against F. Egerton Webb and another. F. C. Huntington, for appellant. H. L. Sprague, for respondents. No opinion. Order affirmed, with costs. Order filed.

PARK SLOPE BUILDING CO., Respondent, v. MacMARTIN, Appellant. Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by the Park Slope Building Company against John A. MacMartin. No opinion. Judgment of the Municipal Court affirmed, with costs.

PEACE et al., Respondents, v. BOWNS, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Harry B. Peace and another against Henry E. Bowns. No opinion. Judgment affirmed, with costs.

PEOPLE, Respondent v. ABBEY, Appellant. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Proceedings by the people of the state of New York against Stephen H. Abbey. No opinion. Motion granted.

PEOPLE, Respondent, v. DEMORE, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Proceedings by the people of the state of New York against Maria Demore. No opinion. Judgment of the Court of Special Sessions affirmed.

PEOPLE v. FRANZONE. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Proceedings by the people of the state of New York against Frank Franzone. No opinion. Motion granted. Order filed.